# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: NIGEL GRAY (J) #70889-004   CASE NO: 04-4103-EGT

AUSA: Robin Waugh-Faretta *present*   ATTY: Abe Bailey will be retained

AGENT: ____   VIOL: ____

PROCEEDING: PTD HEARING/Inquiry re Counsel   RECOMMENDED BOND: ____

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ____

BOND SET @: ____   To be cosigned by: ____

FILED by ___ D.C.
INTAKE
JUN 2 - 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Abe Bailey will file perm. app. but cannot attend today's hrg. - He would like to reset this for friday at 11:00 am for a stip bond to be set.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: ____

PTD/BOND HEARING: 6-4-04   11:00   LSS

PRELIM/ARRAIGN. OR REMOVAL:   6-11-04   11:00am   LSS

STATUS CONFERENCE: ____

DATE: 6-2-04   TIME: 10:00am   PTRS TAPE # 03- 21   Begin: 1544   End: 2235

26